UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALORIE STANSBERRY<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of Social Security,<br><br>Defendant | Civil No. CV-06-5427-RBL<br><br><br>ORDER REGARDING DEADLINES |

After considering the Defendant's motion for an extension of time to file a response to Plaintiff's opening Brief and that Plaintiff's counsel has no objection, it is hereby ORDERED that the Defendant shall have an extension to and including January 25, 2007, to file Defendant's

Page 1        ORDER - [CV-06-5427-RBL]

answering brief.  It is further ORDERED that Plaintiff shall have to and including February 8, 2007 to file Plaintiff's Reply Brief.

      DATED this 22ND day of December, 2006.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2730
Fax:      206-615-2531
joanne.dantonio@ssa.gov

Page 2    ORDER - [CV-06-5427-RBL]