# United States District Court

### WESTERN DISTRICT OF WASHINGTON

VALERIE C. STANSBERRY,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

                Defendants,

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5427RBL-KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X___   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The ALJ erred in his decision as described in the report;

The matter is therefore REVERSED and REMANDED to the Commissioner
for further administrative proceedings.

_____April 10, 2007_____

_____
              BRUCE RIFKIN
                 Clerk

_____/s/ Pat LeFrois_____
            Deputy Clerk