# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **VALORIE C. STANSBERRY,** | Civil No. C06-5427 RBL |
| Plaintiff, | |
| vs. | **ORDER FOR EAJA FEES** |
| **COMMISSIONER of Social Security**, | |
| Defendant. | NOTE ON MOTION CALENDAR |
| | April 17, 2007 *without oral argument* |

### ORDER

Based upon the Agreed Stipulation of the parties and the Equal Access to Justice Act, it is hereby ordered that EAJA attorney's fees of $5,389.25 and expenses of $14.88 and costs of -0-, for a total of $5,403.89 shall be paid to the order of Rosemary B. Schurman for work performed in this case in this Court.

Dated this 17th day of April, 2007

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order for EAJA Fees- C06-5427-- page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123 NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714

1

2  Presented by:
   s/Rosemary B. Schurman
3
   Rosemary Schurman, WSBA 11451
4  Attorney for Plaintiff
   8123 NE 115 Way
5  Kirkland, WA  98034
   425-821-8577 - rbschurman@aol.com
6
   Approved for entry:
7  s/Rosemary B. Schurman (signed per authorization)
   Kathryn A. Miller
8  Special Assistant US Attorney, OGC, SSA
   Attorney for Defendant
9

10

11

12 ..

13

14

15

16

17

18

19

20

21

22

23

Order for EAJA Fees- C06-5427-- page 2

Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714