# United States District Court

WESTERN DISTRICT OF WASHINGTON

VALORIE C. STANSBERRY
        Plaintiff,
   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5427RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Based on the Stipulation of the parties and the Equal Access to Justice Act, it is hereby ordered that EAJA attorney's fees of $5,389.25 and expenses of $14.88 and costs of -0-, for a total of $5,403.89 shall be paid to the order of Rosemary B. Schurman for work performed in this case in this Court.

April 18, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk